3

Annalisa Alvrus
2035 W. Obispo Ave.
Mesa AZ 85202
602-692-0814
**Judgment Creditor**

FILED

JUN 0 5 2017

CLERK U.S. BANKRUPTCY
COURT, DIST. OF AZ

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | ) |
| | ) **OBJECTION TO AMENDED** |
| KEN VOLK | ) **CHAPTER 13 PLAN** |
| d/b/a TENANTS ASSISTANCE | ) Case No. 2:16-bk-09691-DPC |
| PROGRAM | ) |
| | ) Chapter 13 |
| _____ | ) |

COMES NOW Creditor, ANNALISA ALVRUS, and files this Objection to the 3rd

Amended Chapter 13 Plan (the "Amended Plan") filed by Debtor, KEN VOLK, on or about May

26, 2017, for the following reasons:

1. Creditor ALVRUS is a priority unsecured Creditor per 11 U.S.C. § 507(a)(1)(A) as she

has several judgments for attorneys' fees and costs against Debtor, all of which arise from

Family Court litigation in the context of child support modification or enforcement, or parenting

time/custody modification or enforcement. Creditor ALVRUS has filed a Proof of Claim for the

various judgments owed to her by Debtor and a complaint to challenge the dischargeability of

these debts. The sum total of these priority debts is $40,608.34 (plus interest accruing).

2. On October 23, 2016, Debtor filed his first Plan; in this Plan he mischaracterized the

monies owed to Creditor ALVRUS as being $0.00. On January 12, 2017, Debtor filed an

Amended Plan in which he acknowledged the amount owed to Creditor ALVRUS as being $40,

608.34. On February 13, 2017, Debtor filed another Amended Plan in which he acknowledged

the amount owed to Creditor ALVRUS as being $40,608.34. On May 26, 2017, Debtor filed yet another Amended Plan in which he – again – mischaracterized the amounts owed to Creditor ALVRUS as being $15,283.79.

3. Debtor is self-employed and is required to file monthly Operating Reports. It is clear that the reports in no way indicate that Debtor has sufficient income to pay the $6000.00 per month proposed to be paid under the Amended Plan to pay the priority claims in months 36-60. Indeed, it does not appear from his Operating Reports that Debtor could consistently pay the $2000.00 per month proposed to be paid for months 11-35 of this Amended Plan. Debtor has provided no evidence of any other source with which to fund his proposed Amended Plan.

4. Debtor's various Plans reflect a diversity of amounts proposed to be paid (or not paid) to the IRS and to the State of Arizona for past due taxes and accrued interest/penalties. It is unclear at this point whether Debtor actually has an agreed-upon or litigated amount that is owed to these two taxing entities.

5. Debtor's latest Amended Plan is part of a pattern of failure to abide by procedure and meet deadlines already established in this case and thus is brought solely to delay paying his creditors.

. . . . . . . .

WHEREFORE, Creditor ALVRUS objects to the Amended Plan submitted by Debtor as same is unreasonable, unsustainable, and is brought for purposes of delay, and requests that said Plan be rejected. Creditor ALVRUS further requests dismissal of this Bankruptcy action so that she may pursue enforcement of the judgments she has against Debtor in the Family Court.

DATED this 2ⁿᵈ day of June, 2017.

ANNALISA ALVRUS
2035 W. Obispo Ave.
Mesa AZ  85202
602-692-0814

True and correct copies mailed
by first-class mail this 2ⁿᵈ
day of June, 2017, to

Russell Brown, Trustee
3838 N. Central Ave.
Ste. 800
Phoenix AZ  85012-1965

Charles Leftwich
Attorney for Debtor
1423 S. Higley, Ste. 127
Mesa AZ 85206