Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| KEN VOLK, | Case No. 2-16-bk-09691-DPC |
| Debtor. | **TRUSTEE'S INITIAL RECOMMENDATION ON FOURTH AMENDED PLAN** |
| | (7-8-17) |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs. Although the Fourth Amended Plan was only recently filed on June 5, 2017, and the objection deadline has not yet expired, this Initial Recommendation seeks to clearly establish the issues with the Debtor's Plan in anticipation of the June 18, 2017 hearing on the Trustee's lodged dismissal order. Once the Debtor has resolved the following initial issues, the Trustee will file a Supplemental Recommendation which will contain any additional requests for information, the requirement to deal with any new Plan objections, and the requirements for the Stipulated Order Confirming Plan. The Trustee notes the initial following problems, which must be resolved before recommending confirmation of the Fourth Amended Plan:

(1) The secured proofs of claim filed by Arizona Department of Revenue and Arizona Department of Economic Security differ from the creditors' treatment under the Plan or are not provided for by the Plan. The Trustee has received no notification that the issues have been resolved

and the Debtor(s) must resolve the discrepancies before the Trustee recommends confirmation of the Plan. As to each claim, the Trustee requires that the Debtor(s): (a) file an objection to the claim (if the debt is believed to be unsecured; (b) notify the Trustee **in writing** that the claim issue has been resolved and the holder of the claim will endorse the order confirming the Plan; (c) notify the Trustee **in writing** that the order confirming the Plan will provide for full payment of the claim; or (d) timely file an amended Plan to provide for some or all payment on the claim. If resolution of the claims changes Plan funding requirements, the Trustee requires the receipt of an amended Plan analysis (Local Form 13-2) with any proposed Order confirming the Plan. If one or more objections to the proofs of claim is timely filed by the Debtor(s), then the time to submit a proposed Order confirming the Plan to the Trustee is extended by 15 days after substantive completion of the last objection.

(2) The Plan provides for priority payment to the IRS in the amount of $147,120.54. However, the IRS priority proof of claim is the amount of $109,842.26. A stipulated order confirming plan should provide for payment to the IRS in accordance with the priority proof of claim amount.

(3) Based on the income scheduled by the Debtor, the Trustee sees no way the Debtor can submit a confirmable plan that would provide for required full payment of claims entitled to priority status. The Debtor must provide an explanation and supporting documentation as to his ability to pay the proposed increase in Plan payments from $750.00 to $2,000.00 starting in July 22, 2017 and then an additional increase to a total payment amount of $7,650.00 starting in August 22, 2019 and continuing through August 22, 2022. Further, the Trustee requires the Debtor to file an amended Schedule I and J evidencing the feasibility of the $2,000.00 per month, which the Debtor has proposed to start paying in July 2017.

(4) The objections filed to prior plans by the following creditors must be resolved prior to confirmation of the Plan. The Trustee requires the Debtor to either meet and confer with the following creditors in order to resolve the objections through the creditors' endorsement of the Stipulated Order Confirming Plan. If such a resolution will not be possible, the Trustee requires the Debtor to schedule and notice out hearings on each of the objections listed below within the next thirty days:

    (1) IRS;

    (2) Arizona Department of Revenue;

    (3) Analisa Alvrus; and

    (4) Frank Pankow

(5) According to the objection filed by Pankow, the Debtor receives income from a family trust. Debtor is to provide the Trustee with a recent statement showing disbursements received after 8/15/16 and file an amended Schedule I as applicable.

(6) Debtor is self-employed and must file monthly operating statements each month. The Statement for May 2017 is due and must be filed.

(7) The Trustee notes that according to the Business Operating Statements, the Debtor's self-employment income drastically increased in 2017. The Trustee requires the Debtor to provide the last six months of all business and personal bank account statements as further verification of Plan feasibility.

PLAN PAYMENT STATUS: The Debtor's interim payments of $750.00 each are current through due date May 22, 2017. Subsequent payments are due each following month. Starting on July 22, 2017, Plan payments are set to increase to $2,000.00. The Trustee reminds the Debtor that he or she may access case information from the Trustee's office, such as plan payments received,

- 3 -

Case 2:16-bk-09691-DPC    Doc 101    Filed 06/08/17    Entered 06/08/17 09:29:14    Desc
Main Document    Page 3 of 4

by going to www.ndc.org. Then, click the box that says Get Started. It's Free! And follow the instructions.

SUMMARY: Pursuant to Local Rule 2084-10, by the deadline of July 8, 2017, the Debtor is to resolve all of the above issues and provide the Trustee with the requested documents, or the Trustee could lodge a dismissal order. Once the above issues are resolved and the Trustee reviews the additional documentation, the Trustee will file a Supplemental Recommendation with his requirements for the Stipulated Order Confirming Plan. The Trustee reserves the right to request additional documentation.

Copy mailed or emailed to:

Ken Volk
1200 West 6th Street
Tempe, AZ 85281

CHARLES M. LEFTWICH, JR.
LEFTWICH LAW
charles.leftwich@gmail.com
(Debtor's Attorney)