**PARKER LAW FIRM, P.L.C.**
ATTORNEYS AT LAW
1204 E. Baseline Road, Suite 206 ♦ Tempe, Arizona 85283
P.O. Box 63098 ♦ Phoenix, Arizona 85082-3098
Telephone: (602) 257-8100 ♦ Facsimile: (602) 257-8110
John D. Parker, II, #015955
jparker@ptlaw.net
*Attorneys for Thomas Law Office, PLC*

IN THE UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KEN VOLK, dba TENANTS ASSISTANCE PROGRAM,<br><br>Debtor. | Chapter 13 Proceedings<br><br>Case No. 2:16-bk-09691-DPC<br><br>**THOMAS LAW OFFICE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN** |

Creditor Thomas Law Office, PLC ("Thomas Law") objects to the Debtor's Fourth Amended Chapter 13 Plan (the "Fourth Amended Plan"), and requests that the Court deny confirmation of the Plan.

Debtor's Fourth Amended Plan, like all other plans previously submitted, constitute part of a pattern of the Debtor's failure to abide by procedure and meet deadlines established in this case and thus is brought solely to dely paying creditors.

Thomas Law is a nonpriority unsecured creditor. In the Fourth Amended Plan, the Debtor inexplicably proposes that the payments go up exponentially over the course of the term of the plan, from $750 per month now but by the third year to $6,000 per month. Yet, on its face, the Fourth Amended Plan reveals that the Debtor's income is stable.

Thomas Law also objects that the Fourth Amended Plan is not feasible and does not adequately provide for nonpriority creditors. Debtor claims he can pay a total of $202,827.50 to priority creditors over five years, yet he is proposing to only pay $1,960.36 to unsecured

nonpriority creditors. Although the Fourth Amended Plan appears desirable to priority creditors, once this class of creditors is paid, Debtor has no incentive to continue with the Fourth Amended Plan. By way of example, the Fourth Amended Plan should provide at least ten percent to unsecured creditors, and probably more than that because should the Debtor incur more attorney's fees during the course of the plan, which is highly likely, those fees will be taken from the "pot" that belongs to the unsecured nonpriority creditors. Nothing will be left over for that class of creditors.

Based on the foregoing, Thomas Law objects to the Fourth Amended Plan submitted by Debtor because it is unreasonable, not feasible and unsustainable, and the Fourth Amended Plan should be rejected.

DATED this 8th day of June, 2017.

PARKER LAW FIRM, P.L.C.


By: /s/ John D. Parker, II
John D. Parker, II
P.O. Box 63098
Phoenix, Arizona 85082-3098
*Attorneys for Thomas Law Office, PLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrants:

Charles M. Leftwich, Jr.
LEFTWICH LAW, PLLC
1423 S. Higley Rd., Ste. 127
Entrada Building 11
Mesa, AZ 85206
*Attorney for Debtor*

Barbara B. Maroney, Esq. (010995)
LAW OFFICE OF BARBARA MARONEY, P.C.
29834 N. Cave Creek Road, #118/336
Cave Creek, Arizona 85331
*Attorney for Pankow*

Annalisa Alvrus
2035 W. Obispo Ave.
Mesa, AZ 85202
*Judgment Creditor*

Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965


By: /s/ Robert Thompson
    Robert Thompson

K:\1525\151018\Objection to Fourth Amended Plan.wpd