ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

ELIZABETH K. SICHI
Assistant U.S. Attorney
Illinois State Bar 6271368
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: Elizabeth.sichi@usdoj.gov
Attorneys for the United States of America

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>Ken Volk,<br><br>Debtor. | Chapter 13<br><br>2:16-bk-09691-DPC<br><br>**UNITED STATES' OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN** |

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), by and through its undersigned counsel, hereby objects to the Debtor's Fourth Amended Chapter 13 Plan, filed June 6, 2017 ("the Plan"), and requests that the Court deny confirmation of the Plan. The Objection is supported by the attached Memorandum of Points and Authorities and All Matters of Record.

**Memorandum of Points and Authorities**

**A.  Factual Background**

1.  On August 23, 2016, the debtor filed a petition seeking relief under Chapter 13 of the Bankruptcy Code.

2.  On April 20, 2016, the IRS filed an Amended Proof of Claim for federal taxes setting forth secured tax claims in the amount of $2,125.66, priority claims in the amount of $109,842.26, and general unsecured claims in the amount of $148,632.65, plus penalties and interest. *See* Claims Register, Amended 2. A claim is *prima facie* valid. 11

U.S.C. § 502(a); Bankruptcy Rule 3001(f).

3. On June 6, 2017, the debtor filed a Fourth Amended Chapter 13 Plan and Application for Payment of Administrative Expenses.

4. The tax liability has been estimated by the IRS because the debtor has failed to file pre-petition federal employment tax returns for the second and third quarters of 2016. He also has not filed the 2016 unemployment tax return. Until these returns are filed, the IRS is unable to determine the amount of its priority claim. Accordingly, the Plan should not be confirmed. 11 U.S.C. § 1325(a)(9).

5. The IRS should be allowed 60 days from the filing of each past due tax return to survey the return and adjust the amount on its Proof of Claim to reflect the proper tax due.

6. The tax shown on the Proof of Claim after the survey of each past due tax return shall remain non-dischargeable until paid.

7. The interest rate on the IRS secured claim should be the statutory rate under I.R.C. § 6621 in effect during the month the Plan is confirmed. 11 U.S.C. § 511. The rate is currently 4%.

8. Debtor's proposed funding is insufficient to fully pay the IRS tax claims after payments to other claimants. Therefore, the Plan is not feasible.

9. Debtor's schedules indicate that Debtor has an insufficient amount of disposable income with which to fund the Plan; therefore, the Plan is not feasible.

10. The debtor's plan provides for increasing payments from $82.50 per month in the first seven months, $750.00 per month for months 8 through 10, $2,000.00 per month for months 11 through 35, and $7,650 per month for months 36 through 60. Because debtor's schedules indicate that debtor has an insufficient amount of disposable income with which to make these increased payments and because the potential for abuse exists with such a staggered payment plan, the United States objects to confirmation until and unless the debtor can show what will generate these substantial increases in income.

For the foregoing reasons, the United States respectfully requests that this Court deny confirmation of the debtor's proposed Chapter 13 Plan.

RESPECTFULLY SUBMITTED: June 19, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/Elizabeth K. Sichi*
ELIZABETH K. SICHI
Assistant U.S. Attorney

Original of the foregoing filed electronically on June 19, 2017, with:

United States Bankruptcy Court
District of Arizona

Copy of the foregoing served *via* U.S. Mail on June 19, 2017, to:

CHARLES LEFTWICH JR.
1423 S. Higley Rd. Ste. 127
Entrada Building 11
Mesa, AZ 85206
*Attorney for Debtor*

*s/Amber M. Carter, Paralegal*
United States Attorney's Office