# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** KEN VOLK
**Case Number:** 2:16-BK-09691-DPC    **Chapter:** 13
**Date / Time / Room:** MONDAY, JUNE 19, 2017 01:30 PM   6TH FLOOR #603
**Bankruptcy Judge:** DANIEL P. COLLINS
**Courtroom Clerk:** RHONDA VAUGHAN
**Reporter / ECR:** JO-ANN STAWARSKI

## Matter:

CONTINUED Hearing Re: Trustee's Dismissal Order and the Amended Chapter 13 Plan   ( BARABRA MARONEY - T )
**R / M #:**   59 / 0

## Appearances:

RUSSELL BROWN, TRUSTEE
CHARLES M. LEFTWICH, ATTORNEY FOR KEN VOLK
ELIZABETH SICHI, ATTORNEY FOR THE IRS
JOHN PARKER, ATTORNEY FOR THOMAS LAW OFFICE

## Proceedings:

Mr. Brown advises an Amended Plan was filed on May 26, 2017, and there are issues of feasibility.  He advises the plan payments are current, but there are still outstanding objections that need to be resolved.

Mr. Parker argues the fourth amended plan is not feasible and does not adequately provide for non priority creditors.

Mr. Leftwich advises he did speak to the IRS and Mr. Brown about paying the priority claims outside of the Chapter 13 Plan.

COURT:  IT IS ORDERED SETTING A CONTINUED HEARING ON AUGUST 21, 2017, AT 1:30 P. M.